B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Massachusetts
Case No. <u>09–40529</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paula Recco
   4 Danforth Road
   Tyngsboro, MA 01879

Social Security / Individual Taxpayer ID No.:
   xxx–xx–4650

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                        BY THE COURT

Dated: <u>7/14/09</u>                                        <u>Henry J. Boroff</u>
                                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0101-4           User: pf                  Page 1 of 1                  Date Rcvd: Jul 14, 2009
Case: 09-40529                 Form ID: b18              Total Noticed: 16

The following entities were noticed by first class mail on Jul 16, 2009.
db          +Paula Recco,   4 Danforth Road,   Tyngsboro, MA 01879-1006
aty         +William T. Boyle,   Law Office of William Boyle,   491 Main Street - Ste G,
              Groton, MA 01450-4255
smg         +Commonwealth of Massachusetts,   DIV OF UNEMPLOYMENT ASSISTANCE,   ATTN BANKRUPTCY UNIT 5TH FLOOR,
              19 STANIFORD STREET,   Boston, MA 02114-2502
smg          MASS DEPT OF REVENUE,   BANKRUPTCY UNIT,   PO BOX 9564,   Boston, MA  02114-9564
smg         +UNITED STATES ATTORNEY,   ONE COURTHOUSE WAY,   SUITE 9200,   BOSTON, MA 02210-3013
smg          US DEPARTMENT OF LABOR,   EMPLOYEE BENEFITS,   JFK FEDERAL BUILDING,   ROOM 575,
              Boston, MA  02203
16852044     MSPCA,   1300 E Elm Street Extension,   Brockton, MA  02301
16852045    +Peter Degelleke,   30 Monument Square, Ste 145,   Concord, MA 01742-1857
The following entities were noticed by electronic transmission on Jul 14, 2009.
tr          +EDI: QJGMARSH.COM Jul 14 2009 20:53:00      Janice G. Marsh,   The Marsh Law Firm, PC,
              446 Main Street,   19th Floor,   Worcester, MA 01608-2368
ust          E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov                            Richard King,
              Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
16852039    +EDI: BANKAMER.COM Jul 14 2009 20:53:00      Bank of America,   PO Box 15019,
              Wilmington, DE 19886-5019
16852040    +EDI: CAPITALONE.COM Jul 14 2009 20:53:00      Capital One,   P.O. Box 30285,
              Salt Lake City, UT 84130-0285
16852042    +EDI: CHASE.COM Jul 14 2009 20:58:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16852043    +EDI: HFC.COM Jul 14 2009 20:53:00      House Hold Bank,   PO Box 60102,
              City of Industry, CA 91716-0102
16852046    +EDI: CHASE.COM Jul 14 2009 20:58:00      Providian,   P.O. Box 660509,   Dallas, TX 75266-0509
16852047    +EDI: USAA.COM Jul 14 2009 20:53:00      USAA,   10750 McDermott Freeway,
              San Antonio, TX 78288-1600
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Janice G. Marsh,   The Marsh Law Firm, PC,   446 Main Street,   19th Floor,
              Worcester, MA 01608-2368
16852041*   +Capital One,   p.o box 30285,   Salt Lake City, UT 84130-0285
                                                                                            TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2009**                       **Signature:** *Joseph Speetjens*